# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 13, 2011

139996-7 (59)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Maura D. Corrigan
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly,
Justices

ERNEST HORVATH,
                Plaintiff-Appellee,

v                                                                    SC: 139996-7
                                                                     COA: 283931, 284842
                                                                     Wayne CC: 07-713287-NI
DON JOHNSON and SUBURBAN
MOBILITY AUTHORITY FOR REGIONAL
TRANSPORTATION, d/b/a SMART,
                Defendants-Appellants.

_____/

On order of the Court, the motion for reconsideration of this Court's November 30, 2010 order is considered, and it is DENIED, there being no majority in favor of granting reconsideration.

YOUNG, C.J., and CORRIGAN and MARKMAN, JJ., would grant reconsideration for the reasons set forth in Justice CORRIGAN's dissenting statement in this case, 487 Mich ___ (2010).

MARY BETH KELLY, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2011

0112

Clerk